```
MINUTE ENTRY   CR-05-00023          July 18, 2005
               3:35 p.m.


   UNITED STATES OF AMERICA -V- JUAN QUITUGUA

PRESENT: HON. JUAN LIZAMA, DESIGNATED JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   FAYE CROZAT, COURT REPORTER
   TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
   G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
   JUAN QUITUGUA, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE
```

Defendant John Quituqua appeared with counsel, G. Anthony Long. Government was represented by Timothy Moran, AUSA.

Courtroom was sealed.

Attorney Long objected to the "sealing" of the courtroom for this hearing and made his argument. Government argued the sealing of the complaint in this case due to an on-going investigation but had not objection to the family members, who wanted to be present during the hearing, coming into the Courtroom. Court ordered that the Complaint be sealed at this time.

Attorney Long stated the defendant would waive the reading of the Complaint. Court advised the defendant of his constitutional rights. Court set the preliminary exam for July 28, 2005 at 3:30 p.m.

Government moved that the defendant be detained without bail at this time. Attorney Long argued on behalf of the defendant.

Court recessed at 3:55 p.m. and reconvened at 3:57 p.m.

Court denied bail without prejudice at this time and will remain in custody until a further bail hearing on Wednesday, July 20, 2005 at 3:00 p.m.

Defendant was remanded back into the custody of the U.S. Marshal.

     Adj. 4:00 p.m.


     K. Lynn Lemieux, Courtroom Deputy;    [MCM EOD 07/18/2005]