LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

JUL 2 7 2005

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00023 |
| Plaintiff, | |
| v. | **STIPULATION RE: EXTENSION OF PRELIMINARY HEARING** |
| JUAN QUITUGUA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorneys, of counsel, and Juan Quitugua, the defendant, pursuant to Fed. R. Crim. P. 5.1(d), that:

1. There is good cause to extend the time for the Preliminary Hearing so that the parties may consider the possibility of plea negotiations;

2. The defendant Juan Quitugua consents to such a continuance; and

3. The Preliminary Hearing currently scheduled for Thursday, July 28, 2005 at 3:30 p.m. may be continued to Thursday, August 25, 2005 at 3:30 p.m.

DATED: 7/27/05

JUAN QUITUGUA
Defendant

DATED: 7/27/05

G. ANTHONY LONG
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: JUL 2 7 2005

By: TIMOTHY E. MORAN
Assistant U.S. Attorney

SO ORDERED.

ALEX R. MUNSON
Chief Judge, District Court of the NMI