F I L E D
Clerk
District Court

JUL 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00023 |
| ) | |
| Plaintiff ) | |
| ) | DECLARATION OF COUNSEL |
| v. ) | RE: MORTGAGES |
| ) | |
| JOHN QUITUGUA ) | |
| ) | |
| Defendant ) | |

I, G. Anthony Long, counsel for defendant John Quitugua, hereby declares as follows:

1. Originally Quitugua's sister, Luise Noisom, who owns several properties on Saipan, volunteered to post Lot No. 005 I 559 as security for Quitugua's pretrial release as she believed the fee simple title in that property was still in her name and that the property was free and clear from all encumbrances.

2. After executing and recording Luise Noison's mortgage of Lot No 005 I 559, a preliminary title report showed that in 1988 Luise Noisom had deeded her interest in Lot No. 005 I 559 to three of her children, two of which currently reside off island. Mrs. Noisom had apparently forgotten of this 17 year old transaction.

3. A mortgage from the children of Lot No 005 I 559 was obtained and recorded.

Page 1 of 2

4. Attached hereto as is a preliminary title report for Lot No. 005 I 559.

5. The mortgages for Lot No. 005 I 559 have been filed with the Commonwealth Recorder's Office and filed with the court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the above is true and correct and execute this declaration on Saipan on this 29th day of July, 2005.

_____
G. Anthony Long

Page 2 of 2

## SCHEDULE A

| Commitment No.<br>ST-05-4400 | Effective Date:<br>July 21, 2005 at 8:55 AM |
|---|---|

Prepared for:
    Law Office of G. Anthony Long
    AAA 1797 Caller Box 10001
    Saipan MP 96950

    Phone: 6702354802

Inquires Should be Directed to:



**1. Policy or Policies to be Issued:**                     **Policy Amount:**

☒ ATLA Owner's Policy-1990                                               $
   Proposed Insured:
   Amount To Be Agreed Upon.

☐ ATLA Loan Policy-1990                                                   $
   Proposed Insured:

☐ ATLA Leasehold Owner's Policy-1990                           $
   Proposed Insured:

☐ ATLA Leasehold Loan Policy-1990                                $
   Proposed Insured:

2. The estate or interest in the land described or referred to in this commitment and covered herein is a Fee Simple.

3. Title to said estate or interest in said land is at the effective date hereof vested in:

David Eric Q. Noisom, Sisi Marie Q. Noisom, and Lisa Marie Q. Noisom.

4. The land referred to in this commitment is located in the Commonwealth of the Northern Mariana Islands and described as follows:

Lot 005 I 559, (formerly Lot 005 I 466) as more particularly described on Drawing/Cadastral Plat No. 2084/82 the original of which was recorded 14 MAY 82 as Document No. 14232 at Land Registry, Saipan.

*KAnderson*

## Schedule B

Commitment No.: ST-05-4400

Schedule B of the policy or policies to be issued will contain the following exceptions unless the same are disposed of to our satisfaction:

1. Defects, liens, encumbrances, adverse Claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment.

### Standard Exceptions

2. Rights or claims of parties in possession not shown by the public records.

3. Easements or claims of easements, not shown by the public records.

4. Encroachments, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey and inspection of the premises.

5. Any lien, or right to a lien, for services, labor or material hereto or hereafter furnished, imposed by law and not shown as existing liens by the public records.

6. Taxes or special assessments which are not shown as existing liens by the public records.

7. The liability of the Company by reason of any attack, or claim against, or invalidity of the title herein insured, arising out of, relating to, or as a consequence of any alleged, attempted, or factual violation of any of the provisions of the Article XII of the Constitution of the Commonwealth of the Marianas Islands, together with the duty of the Company to defend the insured by reason of such an attack or claim, are specifically excepted from the coverage of the policy. For your examination, a copy of said section is herewith attached.

### Special Exceptions

8. Mineral rights, water rights, roadways, rights of way and other easements upon said land as established in the Quitclaim Deed between Marianas Public Land Corporation, Grantor, and Luise Ilisari Quitugua, Grantee, executed 16 JUL 1984 and recorded 18 JUL 1984 as Document No. 84-1208 at Commonwealth Recorder's, Saipan. And

Mineral rights, water rights, roadways, rights of way and other easements upon said land as established in the Quitclaim Deed between Marianas Public Land Corporation, Grantor, and Luise Ilisari Quitugua, Grantee, executed 20 FEB 1986 and recorded 20 FEB 1986 as Document No. 86-0339 at Commonwealth Recorder's, Saipan.

SECURITY TITLE, INC.

P.O. Box 5049
Saipan, Mariana Islands 96950
Telephone: (670)323-8000
Facimilie: (670)323-8005

## Schedule B

9. The spouses, if any, of David Eric Q. Noisom, Sisi Marie Q. Noisom, and Lisa Marie Q. Noisom must join in the execution of the proposed transaction. In the alternative, our title insurance policy when issued will contain an appropriate exception.

10. The actual amount of the interest to be insured must be disclosed to the company and, subject to approval of the Company, entered as the amount of the policy to be issued. It is agreed that as between the Company and the applicant for this preliminary title report, the amount of the requested policy will be assumed to be $1,000 and the total liability of the Company on account of the preliminary title report shall not exceed that amount.

\* \* \* \* END \* \* \* \*
Commitment No.: ST-05-4400



P.O. Box 5049
Saipan, Mariana Islands 96950
Telephone: (670)323-8000
Facimilie: (670)323-8005