Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 05-00023 |
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| JOHN QUITUGUA | ) |
| Defendant | ) |

Due to requirements of defendant's employment as shown on the letter attached hereto as Exhibit 1, the parties hereto stipulate and agree the terms and conditions of pretrial release as follows:

1. Evening curfew for August 11, 2005 shall commence at 7:30 p.m. instead of 6:00 p.m.

2. Evening curfew for August 17, 2005 shall commence at 8:00 p.m. instead of

Page 1 of 2

6:00 p.m.

3. All other terms and conditions of pretrial release shall remain the same.

| Law Office of G. Anthony Long | UNITED STATES ATTORNEY FOR GUAM AND THE N.M.I. |
|---|---|
| By: _____<br>G. Anthony Long<br>Attorney for Defendant | By: _____<br>Timothy E. Moran<br>Assistant United States Attorney |

So ORDERED this 11TH day of August, 2005.

_____
ALEX R. MUNSON
United States Judge

RECEIVED
AUG 10 2005
Clerk
District Court
For The Northern Mariana Islands

Page 2 of 2

08/08/2005 10:49 FAX                    TANAPAG ELEM SCHOOL                                    ☒001



# TANAPAG ELEMENTARY SCHOOL

● TATAGA ● LIBWOTOMARA ● IIG-FALAFAL ● UNICORN

P.O. BOX 501370 CK    Saipan, MP 96950    Telephone: (670) 664-3425/3426/3427    Fax: (670) 664-3430

August 8, 2005

LAW OFFICE OF
G. ANTHONY LONG
EXHIBIT " 1 "

FAX IN
08/08/05

COPY

Anthony Long
Attorney at Law
San Jose, Saipan
MP 96950

Dear Attorney Long,

My name is Francisca C. Ulloa, Principal of Tanapag Elementary School. I am kindly requesting the presence and attendance of Mr. Juan Quitugua to participate at our two-scheduled afterschool function with our parents/guardian. Mr. Juan Quitugua is assigned to teach one of our fourth grade classes.

1.  August 11, 2005: Back To School Night at 6:00 p.m. – 7:00 p.m. Teachers and staff will be formally introduced to our parents/guardian. Teachers will have an opportunity to meet with their students' parent/guardian. They are also expected to go over their rules, procedures, and expectations for the year.

2.  August 17, 2005: Parent Teachers Association (PTA) Meeting at 6:00 p.m. – 7:30 p.m. This will be our first PTA meeting. See attached documents.

Thank you and I look forward to your favorable response.

Hafa Adai,

*Francisca C. Ulloa*

Francisca C. Ulloa
Principal, TanES



# TANAPAG ELEMENTARY SCHOOL

● TATAGA ● LIBWOTOMARA ● IIG-FALAFAL ● UNICORN

P.O. BOX 501370 CK   Saipan, MP 96950   Telephone : (670) 664-3425/3426/3427   Fax : (670) 664-3430

## Calendar of Events for the month of August

### Please post this at home.

# August 2005

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 BACK TO SCHOOL | 4 | 5 | 6 |
| 7 | 8 Grade Level Planning Period at 2:30-3:30 p.m. | 9 Staff Mtg./Dev. at 2:30 p.m. | 10 | 11 Back to School Night at 6:00-7:00 p.m. | 12 | 13 |
| 14 | 15 Grade Level Planning Period at 2:30-3:30 p.m. | 16 | 17 PTA MTG 6:10 PM | 18 Professional Development for teachers and staff. Students do not report to school. | 19 Professional Development for teachers and staff. Students do not report to school. | 20 |
| 21 | 22 Grade Level Planning Period at 2:30-3:30 p.m. | 23 Staff Mtg./Dev. at 2:30 p.m. | 24 | 25 | 26 Student Council Speech/ campaign | 27 |
| 28 | 29 Grade Level Planning Period at 2:30-3:30 p.m. | 30 | 31 |  |  |  |

"EXCELLENCE NOW"