FILED
Clerk
District Court

AUG 25 2005

UNITED STATES DISTRICT COURT of The Northern Mariana Islands
By_____
NORTHERN MARIANA ISLANDS        (Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JUAN QUITUGUA,<br><br>            Defendant. | Criminal Case No.<br>**CR 05-00023**<br><u>INDICTMENT</u><br><br>Title 21, U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Distribution And Possession With Intent To Distribute A Controlled Substance (Ct. 1);<br><br>Title 21, U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Possession With Intent To Distribute A Controlled Substance (Ct. 2);<br><br>Title 18, U.S.C., § 922(g)(3)- User in Possession of a Firearm (Ct. 3). |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

<u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

1.     On or about July 15, 2005, in the District of the Northern Mariana Islands, JUAN QUITUGUA, the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

Possession With Intent To Distribute A Controlled Substance

2. On or about July 16, 2005 in the District of the Northern Mariana Islands, JUAN QUITUGUA, the defendant, unlawfully, wilfully and knowingly, possessed with intent to distribute a controlled substance, namely, methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE

User in Possession of Firearm

3. On or about July 16, 2005, in the District of the Northern Mariana Islands, JUAN QUITUGUA, the defendant, being an unlawful user of a controlled substance, namely, methamphetamine in the form commonly known as "ice," unlawfully, wilfully and knowingly possessed in and affecting interstate and foreign commerce a firearm and ammunition, namely a Smith & Wesson .38 Caliber Revolver, Serial Number V227807 and 24 Winchester "38 Special" bullets.

(Title 18, United States Code, Sections 922(g)(3).)

Dated this 25th day of August, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney