```
                                                            FILED
                                                             Clerk
1  LEONARDO M. RAPADAS                                    District Court
   United States Attorney
2  TIMOTHY E. MORAN                                       AUG 2 5 2005
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN                         For The Northern Mariana Islands
     MARIANA ISLANDS                                By_____
4  Horiguchi Building, Third Floor                         (Deputy Clerk)
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Case No. 05-00023 |
| v. | ) | |
| JUAN QUITUGUA, | ) | APPLICATION AND ORDER TO UNSEAL |
| Defendant. | ) | |

The Government respectfully requests that the Court unseal the Complaint in this case.

Dated: August 25, 2005

LEONARDO M. RAPADAS
United States Attorney

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney
District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE

RECEIVED

AUG 2 5 2005

Clerk
District Court
For The Northern Mariana Islands