MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-05-00023                                           August 25, 2005
                                                      3:50 p.m.

### UNITED STATES OF AMERICA -vs- JUAN ILISARI QUITUGUA

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, DEPUTY CLERK
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           JUAN I. QUITUGUA, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

Defendant **Juan Ilisari Quitugua** appeared with counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA. Also present were U.S. Probation Officer Margarita Wonenberg.

On this date the Grand Jury returned an indictment in this matter. Defense stated that they were ready to proceed with an arraignment hearing.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **MONDAY, October 17, 2005 at 9:00 a.m.** Pretrial motions shall be filed by September 8, 2005.

Court ordered that the Defendant remain at liberty under the same terms and conditions as previously ordered.

Adj. 4:00 p.m.

K. Lynn Lemieux, Courtroom Deputy

FILED
Clerk
District Court
AUG 25 2005
For The Northern Mariana Islands
By_____ (Deputy Clerk)