Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-0023 |
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION |
| | ) AND MOTION |
| JUAN QUITUGUA | ) |
| | ) Date: Oct. 6, 2005 |
| Defendant | ) Time: 9:00 a.m. |

TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

### NOTICE

Please be advised that on October 6, 2005 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant's motion for discovery, dismissal of count 3 or alternatively to sever the trial on count 3.

### MOTION

Defendant hereby moves to compel discovery, for dismissal of count 3 or alternatively to sever the trial on count 3. This motion is based upon the

1  memorandum of points of authorities filed herewith, and all documents and
2  proceedings of record.
3
4
5
6
7
8
9  Law Office of G. Anthony Long
10
11 By: /s/ G. Anthony Long
12     G. Anthony Long
13