Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-0023 |
| Plaintiff | ) |
| v. | ) DEFENDANT'S MEMORANDUM<br>) SUPPORTING MOTION TO SEVER<br>) TRIAL ON COUNT 3 |
| JUAN QUITUGUA | ) |
| Defendant | ) Date: Oct. 6, 2005<br>) Time: 9:00 a.m. |

**I.  JOINING COUNT 3 IN THE SAME INDICTMENT WITH COUNTS 1 AND 2 IS IMPROPER UNDER FRCrP RULE 8**

FRCrP Rule 8 provides that an indictment:

> ... may charge a defendant in separate counts with 2 or more offenses if the offenses charged--whether felonies or misdemeanors or both--are of the same or similar character, or are based on the same act or transaction, or are connected with or constitute parts of a common scheme or plan.

The validity of the joinder of two or more counts is determined solely by the allegations in the indictment. *United States v. Terry*, 911 F.2d 272, 276 (9th Cir.1990) Reversal under Rule 8 is required where the misjoinder of counts results in actual prejudice because it 'had substantial and injurious effect or influence in determining the jury's verdict.' " *Id* at 277 quoting *United*

*States v. Lane*, 474 U.S. 438, 449, 106 S.Ct. 725, 732, 88 L.Ed.2d 814 (1986). *Terry*, like the indictment in this case, joined drug charges with a charge for unlawful possession of a firearm. The 9th circuit reversed finding the joinder was improper. *Id* at 277. *Terry's* rationale applies in this case which should result in severance of count 3 from counts 1 and 2.

**B.   IF THE COURT FINDS JOINDER IS PROPER UNDER RULE 8, THEN TRIAL ON COUNT 3 SHOULD BE SEVERED FROM THE TRIAL ON COUNTS 1 AND 2 PURSUANT TO FRCrP RULE 14**

FRCrP Rule 14 allows for severance if it appears that the joinder of offenses in an indictment prejudices a defendant. Severance under Rule 14 is proper when a risk of undue prejudice exists which impacts a specific right of a defendant such as the right to a fair trial. *United States v. Lewis*, 787 F.2d 1318, 1322, amended, 798 F.2d 1250 (9th Cir.1986) In this case, trying count 3 together with counts 1 and 2 will deprive Quitugua of a fair trial as the spill over effect of the evidence relating to distribution of contraband in counts 1 and 2 will unduly prejudice the jury with respect to the elements of count 3 and deny Quitugua a fair trial. *See Id.*

## CONCLUSION

Rules 8 and Rule 14 each require severance of the trial on count 3 from the trial on counts 1 and 2.

Law Office of G. Anthony Long

By: [signature]
G. Anthony Long

Page 2 of 2