# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

SEP 2 2 2005

For the Northern Mariana Islands
By_____
(Deputy Clerk)

CR-05-00023

September 22, 2005
9:19 a.m.

**U.S.A. -v- JUAN I. QUITUGUA**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

Defendant nor Defense counsel were present. Government by Timothy Moran, AUSA.

Due to the fact that Defense had not shown up; Court took matter off-calendar.

Court adjourned at 9:19 a.m.

_K. Lynn Lemieux, Courtroom Deputy_