Case 1:05-cr-00023   Document 21   Filed 09/26/2005   Page 1 of 2

FILED
District Court

SEP 26 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 05-00023 |
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| JOHN QUITUGUA | ) |
| Defendant | ) |

The parties hereto agree and stipulate that a hearing on the waiver of speedy trial and continuance of the trial date shall be held on September 27, 2005 at 9:30 a.m.

| | |
|---|---|
| Law Office of G. Anthony Long | UNITED STATES ATTORNEY<br>FOR GUAM AND THE N.M.I. |
| By: /s/ G. Anthony Long<br>G. Anthony Long<br>Attorney for Defendant | By: /s/ Timothy E. Moran<br>Timothy E. Moran<br>Assistant United States Attorney |

## ORDER

A hearing on the waiver of speedy trial and continuance of the trial date shall be held on September 27, 2005 at 9:30 a.m.

So **ORDERED** this 26²¹ˢᵗ day of September, 2005.

_____
Alex R. Munson
Judge, District Court



Page 2 of 2