F I L E D
Clerk
District Court

SEP 2 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-05-00023

September 27, 2005
9:30 a.m.

U.S.A. -v- JUAN I. QUITUGUA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           SANAE SHMULL, COURT REPORTER
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           JUAN I. QUITUGUA, DEFENDANT
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

   Defendant was present with Attorney G. Anthony Long. Government by Timothy Moran, AUSA.

   Defendant was sworn. Defendant stated that he and his attorney needed more time to prepare for trial.

   Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

   The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and that outweighs any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **March 1, 2006** and that jury trial would commence on Monday, **February 13, 2006 at 9:00 a.m.** in this courtroom.

   Court ordered that the defendant remain at liberty under the same conditions as previously set.

Court adjourned at 9:40 a.m.

K. Lynn Lemieux, Courtroom Deputy