District Court

OCT - 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES  DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE  NO. 05-00023 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| JOHN  QUITUGUA | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

The parties hereto agree and stipulate that the hearing on defendants post

trial motions scheduled for October 6, 2005 at 9:00 a.m. shall be continued until

November 3, 2005 at 8:00 a.m.

Law Office of G. Anthony Long

UNITED STATES ATTORNEY
FOR GUAM  AND THE N.M.I.

By:_____
G. Anthony Long
Attorney for Defendant

By:_____
Timothy E. Moran
Assistant United States Attorney

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel No: (670) 235-4802  Fax No: (670) 235-4801

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2ⁿᵈ Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801

1
2

## ORDER

3
4
the hearing on defendants post trial motions scheduled for October 6, 2005

5
at 9:00 a.m. shall be continued until November 3, 2005 at 8:00 a.m.

6
7
8
So **ORDERED** this _6ᵀᴴ_ day of October, 2005.

9
10
11

_____
Alex R. Munson
Judge, District Court

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2 of 2