```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    NOV 0 3 2005

                                               For The Northern Mariana Islands
                                               By_____
                                                          (Deputy Clerk)
```

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-05-00023　　　　　　　　　　　　　　　　　　November 3, 2005
　　　　　　　　　　　　　　　　　　　　　　　　8:10 a.m.


### UNITED STATES OF AMERICA -V- JUAN QUITUGUA

PRESENT:　　HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
　　　　　　ELLIA CIAMMAICHELLA, LAW CLERK
　　　　　　K. LYNN LEMIEUX, COURTROOM DEPUTY
　　　　　　SANAE SHMULL, COURT REPORTER
　　　　　　TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
　　　　　　G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: Motion to Dismiss Count III and Motion to Compel Discovery

　　　Attorney G. Anthony Long appeared on behalf of the defendant. Government was represented by Timothy Moran, AUSA.

　　　Discussion was had regarding what discovery had been produced.

　　　Attorney Long argued the motion on Compelling Discovery. AUSA Moran argued on behalf of the Government.

　　　Attorney Long argued the Motion to Dismiss and Motion to Severe. ASUA Moran argued on behalf of the Government.

　　　Court, after hearing arguments, took the matter under advisement and stated that a written order will be forthcoming.

　　　　　　　　　　　　　　　　　Adj. 8:25 a.m.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　K. Lynn Lemieux, Courtroom Deputy