Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

F I L E D
Clerk
District Court

DEC 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00023 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JOHN QUITUGUA ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

The parties hereto agree and stipulate to modify the terms and conditions of Quitugua's release as follows:

1. On the evening of December 24, 2005 Quitugua shall be allowed to visit with and stay overnight only at the residence of his mother-in-law, Delia Sablan Dado, who resides on Capitol Hill. On or before December 23, 2005 Quitugua shall provide the Probation Office a map of the his mother-in-law's residence.

Page 1 of 2

2. On the evening of January 31, 2005, Quitugua shall be allowed to visit with and stay overnight only at the residence of his father-in-law Paul Chanler Hamilton who resides in Gualo Rai. On or before December 29, 2005 Quitugua shall provide the Probation Office a map of the his father-in-law's residence

3. Quitugua shall not be subject to electronic monitoring on the nights of December 24, 2005 and January 31, 2005.

| Law Office of G. Anthony Long | UNITED STATES ATTORNEY FOR GUAM AND THE N.M.I. |
|---|---|
| By: /s/ G. Anthony Long<br>Attorney for Defendant | By: /s/ Timothy E. Moran<br>Assistant United States Attorney |

So ORDERED this 20TH day of December, 2005.

_____
Alex R. Munson
Judge, District Court

RECEIVED
DEC 2 0 2005
Clerk
District Court
For The Northern Mariana Islands

Page 2 of 2