Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00023 |
| Plaintiff ) | |
| v. ) | AMENDED STIPULATION AND ORDER |
| JOHN QUITUGUA ) | |
| Defendant ) | |

The parties hereto agree and stipulate to modify the terms and conditions of Quitugua's release as follows:

1. On the evening of December 24, 2005 Quitugua shall be allowed to visit with and stay overnight only at the residence of his mother-in-law, Delia Sablan Dado, who resides on Capitol Hill. On or before December 23, 2005 Quitugua shall provide the Probation Office a map of the mother-in-law's residence.

2. On the evening of December 31, 2005, Quitugua shall be allowed to visit with and stay overnight only at the residence of his father-in-law, Paul Chanler Hamilton, who resides in Gualo Rai. On or before December 29, 2005 Quitugua shall provide the Probation Office a map of the father-in-law's residence.

3.   Quitugua shall not be subject to electronic monitoring on the nights of December 24, 2005 and December 31, 2005.

| Law Office of G. Anthony Long | UNITED STATES ATTORNEY FOR GUAM AND THE N.M.I. |
|---|---|
| By: *(signature)* <br> G. Anthony Long <br> Attorney for Defendant | By: *(signature)* <br> Timothy E. Moran <br> Assistant United States Attorney |

So **ORDERED** this 23rd day of December, 2005.

*(signature)*
Alex R. Munson
Judge, District Court

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel No: (670) 235-4802  Fax No: (670) 235-4801