PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

FILED
Clerk
District Court

JAN 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Margarita DLG Wonenberg
U.S. Probation Officer
4th Floor Horiguchi Bldg.
P.O. Box 502089
Saipan, MP 96950

[X] **Original Notice**

[ ] **Disposition of Original Notice**

**Date:** August 10, 2005

**Date:** _____

**BY:** Judge Alex R. Munson

**BY:** _____

---

**Defendant:** Juan Ilisari Quitugua            **Case Number:** 05-00023-001

**Date of Birth:** XX/XX/1964                   **Place of Birth:** Northern Mariana Islands

**SSN:** XXX-XX-9974

---

**NOTICE OF COURT ORDER** (Order Date:   August 1, 2005   )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[X] The above-named defendant surrendered Passport Number   120809651   to the custody of the U.S. District Court on   August 1, 2005  .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court