**LAW OFFICE OF G. ANTHONY LONG**
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801

```
Law Office of G. Anthony Long
P.O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant
```

F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00023 |
| Plaintiff | ) | |
| v. | ) | STIPULATION AND ORDER |
| JOHN QUITUGUA | ) | |
| Defendant | ) | |

The parties hereto agree and stipulate as follows:

1. The February 12, 2006 trial date is vacated.

2. A hearing to waive speedy trial and set a new trial date shall be held on February 15, 2006. **at 9:00 a.m.**

Law Office of G. Anthony Long

By: _____
G. Anthony Long
Attorney for Defendant

UNITED STATES ATTORNEY
FOR GUAM AND THE N.M.I.

By: _____
Craig N. Moore
Chief, N.M.I. Branch

## ORDER

The February 12, 2006 trial date is vacated and a hearing shall to waive speedy trial and set a new trial date shall be held on February 15, 2006. at 9:00 a.m.

So **ORDERED** this 26th day of January, 2006.

*Alex R. Munson*
Alex R. Munson
Judge, District Court