F I L E D
Clerk
District Court

FEB 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00023

February 15, 2006
9:20 a.m.

### UNITED STATES OF AMERICA -vs- JOHN I. QUITUGUA

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           JOHN I. QUITUGUA, DEFENDANT
           ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: MOTION for WAIVER OF SPEEDY TRIAL

Defendant was present with Attorney Anthony Long. Government by Timothy Moran, AUSA.

Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **April 30, 2006** and that jury trial would commence on Monday, **April 10, 2006 at 9:00 a.m.** in this courtroom.

Court adjourned at 9:25 a.m.

/s/ Lynn Lemieux, Courtroom Deputy