FILED
Clerk
District Court

MAR 17 2006

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN I. QUITUGUA<br><br>Defendant. | Criminal Action No. 05-00023<br><br>Order Setting Pre-trial Conference |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

IT IS ORDERED that a Pre-trial Conference in the above case is set for

Tuesday, March 23, 2006, at 10:30 a.m.

DATED this 17th day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)