UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

MAR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 05-00023 |
| Plaintiff, | |
| vs. | Amended Order Setting Pre-trial Conference |
| JOSE I. QUITUGUA, | |
| Defendant. | |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 5-4970
Saipan, MP 96950

IT IS ORDERED that a Pre-trial Conference in the above case is set for Thursday, March 23, 2006, at 10:30 a.m.

DATED THIS 20th day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)