F I L E D
Clerk
District Court

MAY 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-05-00023-001                                          May 12, 2006
                                                         10:15 a.m.


UNITED STATES OF AMERICA -vs- JUAN I. QUITUGUA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
           JUAN I. QUITUGUA, DEFENDANT

PROCEEDINGS:   **WAIVER OF INDICTMENT; FILING OF INFORMATION AND ENTRY OF PLEA**

Defendant appeared with counsel, Attorney G. Anthony Long. Government was represented by Timothy Moran, AUSA.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the superseding information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Court reviewed each of the charges, in the superseding information, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY** to the charges in the superseding information. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea of guilty and the plea agreement.

Court ordered a Presentence Investigation Report be submitted by July 11, 2006 and that the **Sentencing hearing be set for Tuesday, August 15, 2006 at 9:00 a.m.**

Government moved that the defendant remain on bail with the same conditions as previously

set with one exemption: that the defendant be relieved of the electronic monitoring condition. Defense concurred with that motion. Court so ordered.

Adjourned at 11:00 a.m.

K. Lynn Lemieux, Courtroom Deputy