FILED
Clerk
District Court

MAY 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUAN QUITUGUA,<br><br><br>　　　　　Defendant. | Criminal Case No. 05-00023<br><br>WAIVER OF INDICTMENT |

I, JUAN QUITUGUA, understand that I am accused of committing the crimes of (1) Possession With Intent To Distribute a Controlled Substance, namely methamphetamine in the form commonly known as "ice," in violation of Title 21, United States Code, Sections 841 (a)(1) and 841 (b)(1)(C); and (2) Being a User of a Controlled Substance In Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(3). After being advised of the nature of the charges, the proposed Superseding Information, and my right to be charged by Grand Jury Superseding Indictment, I hereby waive in open court, prosecution by Superseding Indictment and consent that the proceeding may be by Superseding

/ / /

1  Information, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

2  Dated: 5/12/06                         *[signature]*
3                                          JUAN QUITUGUA
                                            Defendant
4

5  Dated: 05.12.06                        *[signature]*
                                            G. ANTHONY LONG
6                                          Counsel for Defendant

7
   Before  *[signature]*
8           HONORABLE ALEX R. MUNSON
            Chief Judge
9