FILED
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JUAN QUITUGUA,<br><br>            Defendant. | Criminal Case No. 05-00023<br><br>SUPERSEDING INFORMATION<br><br>Title 21, U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Possession With Intent To Distribute A Controlled Substance (Ct. 1);<br><br>Title 18, U.S.C., § 922(g)(3)- User in Possession of a Firearm (Ct. 2). |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Possession With Intent To Distribute A Controlled Substance

1.  In or about June and July, 2005, in the District of the Northern Mariana Islands, JUAN QUITUGUA, the defendant, unlawfully, wilfully and knowingly, possessed with intent to distribute a controlled substance, namely, between .25 and .50 grams of methamphetamine, in the form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNT TWO

### User in Possession of Firearm

2. On or about July 16, 2005, in the District of the Northern Mariana Islands, JUAN QUITUGUA, the defendant, being an unlawful user of a controlled substance, namely, methamphetamine in the form commonly known as "ice," unlawfully, wilfully and knowingly possessed in and affecting interstate and foreign commerce a firearm and ammunition, namely a Smith & Wesson .38 Caliber Revolver, Serial Number V227807.

(Title 18, United States Code, Sections 922(g)(3).)

Dated this 12th day of May, 2006.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney

_____
CRAIG N. MOORE
Assistant United States Attorney
Saipan Branch Chief