FILED
Clerk
District Court

MAY 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 05-00023 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| JUAN ILISARI QUITUGUA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **July 11, 2006.** Sentencing is scheduled for **Tuesday, August 15, 2006** commencing at the hour of nine o'clock a.m.

DATED this 12th day of May, 2006.

ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)