1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8              UNITED STATES DISTRICT COURT

9              NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,           )   Criminal Case No. 05-00023
                                       )
11                Plaintiff,            )
                                       )
12         v.                           )   STIPULATION RE: SENTENCING DATE
                                       )
13 JUAN QUITUGUA,                      )
                                       )
14                                     )
                                       )
15                                     )
                                       )
16                Defendant.            )
                                       )
17 _____ )

18       IT IS HEREBY STIPULATED AND AGREED by and between the United States of

19 America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United

20 States Attorneys, of counsel, and Juan Quitugua, the defendant, by and through his attorney, G.

21 Anthony Long, Esq., that that the sentencing now scheduled for Tuesday, August 15, 2006 at 9:00

22 a.m. shall be rescheduled for **Wednesday, November 15, 2006 at 9:00 am**, so that the defendant

23 may have a further opportunity to cooperate with the government.  The parties further request that

24 / / /

25 / / /

26

27

28

1 | the court enter the attached order.

2

3

4

5 | DATED: 08.09.06

_____
G. ANTHONY LONG
Attorney for Defendant

6

7 | LEONARDO M. RAPADAS
United States Attorney
8 | District of the Northern Mariana Islands

9

10 | DATED: 8/9/06

By: _____
TIMOTHY E. MORAN
11 | Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br><br>JUAN QUITUGUA,<br><br>        Defendant. | Criminal Case No. 05-00023<br><br>ORDER RE: SENTENCING DATE |

   IT IS HEREBY ORDERED that the sentencing now scheduled for Tuesday, August 15, 2006 at 9:00 a.m. shall be rescheduled for **Wednesday, November 15, 2006 at 9:00 am**.

SO ORDERED.

_____
ALEX R. MUNSON
Chief Judge, District Court of the NMI