FILED
Clerk
District Court

AUG 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA, )  Criminal Case No. 05-00023
       Plaintiff, )
  v. ) ORDER RE: SENTENCING DATE
JUAN QUITUGUA, )
       Defendant. )

IT IS HEREBY ORDERED that the sentencing now scheduled for Tuesday, August 15, 2006 at 9:00 a.m. shall be rescheduled for **Wednesday, November 15, 2006 at 9:00 am**.

SO ORDERED.

_____
ALEX R. MUNSON
Chief Judge, District Court of the NMI