LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax: (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

NOV 14 2006

For The Northern Mariana Islands
By_______________
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,
Plaintiff,

v.

JUAN QUITUGUA,

Defendant.

Criminal Case No. 05-00023

STIPULATION RE: SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorneys, of counsel, and Juan Quitugua, the defendant, by and through his attorney, G. Anthony Long, Esq., that that the sentencing now scheduled for Wednesday, November 15, 2006 at 9:00 a.m. shall be rescheduled for **Thursday, February 15, 2006 at 9:00 am**, so that the defendant may have a further opportunity to cooperate with the government. The parties further request that

/ / /

/ / /

the court enter the attached order.

DATED: 11-14-06

G. ANTHONY LONG
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 11/14/06

By:

TIMOTHY E. MORAN
Assistant U.S. Attorney