UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JUAN QUITUGUA,<br><br><br><br>        Defendant. | Criminal Case No. 05-00023<br><br>ORDER RE: SENTENCING DATE |

IT IS HEREBY ORDERED that the sentencing now scheduled for ~~Wednesday, November 15, 2006~~ at 9:00 a.m. shall be rescheduled for Wednesday, March 14, 2007 ~~Thursday, February 15, 2006~~ at 9:00 am.

SO ORDERED.

_____
ALEX R. MUNSON
Chief Judge, District Court of the NMI

FILED
Clerk
District Court
NOV 14 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

RECEIVED
NOV 14 2006
Clerk
District Court
The Northern Mariana Islands