Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

DEC 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 05-00023 |
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| JOHN QUITUGUA | ) |
| Defendant | ) |

The parties hereto agree and stipulate as follows:

1. On the evening of December 24, 2006 and December 31, 2006, defendant Juan Quitugua shall be allowed to visit with and stay over night at the residence of his father-in-law Paul Charles Hamilton who resides in Gualo Rai..

2. By the close of business on December 22, 2006, Quitugua shall provide the probation office a map showing the location of his father-in-law's residence.

Page 1 of 2

*AR¾ 12-21-06*

~~3.   Quitugua shall not be subject to electronic monitoring on the nights of December 24, 2006 and December 31, 2006.~~

| Law Office of G. Anthony Long | UNITED STATES ATTORNEY FOR GUAM AND THE N.M.I. |
|---|---|
| By: _____<br>G. Anthony Long<br>Attorney for Defendant | By: _____<br>Craig M. Moore<br>Chief, N.M.I. Branch |

So **ORDERED** this 21st day of December, 2006.

_____
Alex R. Munson
Judge, District Court

**RECEIVED**

DEC 2 0 2006

Clerk
District Court
The Northern Mariana Islands