F I L E D
Clerk
District Court

MAR - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8              UNITED STATES DISTRICT COURT

9              NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,        )    Criminal Case No. 05-00023
                                    )
11              Plaintiff,          )
                                    )
12      v.                          )
                                    )    STIPULATION RE: SENTENCING DATE
13 JUAN QUITUGUA,                   )
                                    )
14                                  )
                                    )
15                                  )
                                    )
16              Defendant.          )
                                    )
17 _____      )

18      IT IS HEREBY STIPULATED AND AGREED by and between the United States of

19 America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United

20 States Attorneys, of counsel, and Juan Quitugua, the defendant, by and through his attorney, G.

21 Anthony Long, Esq., that that the sentencing now scheduled for Wednesday, March 14, 2007 at 9:00

22 a.m. shall be rescheduled for **Wednesday, June 13, 2007 at 9:00 am**, so that the defendant may

23 have a further opportunity to cooperate with the government.  The parties further request that

24 / / /

25 / / /

26

27

28

1   the court enter the attached order.

2

3

4

5   DATED: 03-07-07

                                      G. ANTHONY LONG
                                        Attorney for Defendant

6

7   LEONARDO M. RAPADAS
    United States Attorney

8   District of the Northern Mariana Islands

9

10  DATED: 3/5/07

11  By:                           TIMOTHY E. MORAN
                               Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2