FILED
Clerk
District Court

MAR - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00023 |
| Plaintiff, | |
| v. | ORDER RE: SENTENCING DATE |
| JUAN QUITUGUA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the sentencing now scheduled for Wednesday, March 14, 2007 at 9:00 a.m. shall be rescheduled for **Wednesday, June 13, 2007 at 9:00 am**.

SO ORDERED.

_____
ALEX R. MUNSON
Chief Judge, District Court of the NMI