FILED
Clerk
District Court

MAY 18 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court
### District of the Northern Mariana Islands

UNITED STATES OF AMERICA
V.

JUAN ILISARI QUITUGUA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 05-00023-001

RECEIVED
MAY 18 2007
US MARSHALS SERVICE-CNMI

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>Wednesday, May 23, 2007<br>at 9:00 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
- [ ] Indictment
- [ ] Information
- [ ] Complaint
- [✓] Violation Notice
- [ ] Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3148__

Brief description of offense:

Violation Number:

Order Setting Conditions of Release (7)(p)

Nature of Violation:

Defendant failed to refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

_____
Signature of Issuing Officer

05/18/2007
Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

AO83    (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 05/18/07 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: RESIDENCE W/ DORA QUITUGUA (WIFE) TANAPAG VILLAGE (MAP W/ USPO) @ 1710HRS 05/18/07

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   05-18-07
         Date

J. G. SALAS CDUSM
Name of United States Marshal *ACTING

W. M. CALVERT CDUSM # 3086
(by) Deputy United States Marshal  D/NMI

Remarks:
    WIFE STATED THAT CIDUSM HAD JUST MISSED THE DEFENDANT BY A FEW MINUTES AS HE HAD GONE WALKING. A SWEEP OF THE AREA BY CAR GAVE NEGATIVE RESULTS TO FIND THE SUBJECT. SHE SEEMED SURPRISED TO DISCOVER THAT THE DEFENDANT WAS UNDER SUPERVISON BY THE USPO AND THAT IT WAS UNSATISFACTORY RESULTING IN HIS REQUEST TO COME BEFOR THE COURT.

    THE RESIDENCE LIES AT THE NORTH-WEST CORNER OF TWO ROADS ADJACENT THE TANAPAG NORTHERN MOBILE GAS STATION. THE USPO MAP WAS ACCURATE. THE RESIDENCE HAD MOST OF THE WINDOWS BOARDED UP, ALL OF WHICH FACING THE STREET.

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.