MINITES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
**************************************************************************

CR- 05-00023                                                    May 23, 2007
                                                               9:10 a.m.


### U.S.A. -v- JUAN I. QUITUGUA


PRESENT:    HON. ALEX R. MUNSON,  JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
            ERIC  O' MALLEY, ASSISTANT U.S. ATTORNEY
            JUAN I. QUITUGUA, DEFENDANT
            G. ANTHONY LONG,  ATTORNEY FOR DEFENDANT

PROCEEDINGS: VIOLATION HEARING

        Defendant **JUAN QUITUGUA** appeared with counsel, Attorney Anthony Long. Government was represented by Timothy Moran, AUSA. Also present were Margarita Wonenberg and Melinda Brunson, U.S. Probation Officers.

        Government recommended, due to the violations by this defendant, that the Court go forward with sentencing at this time. However, if Defense was not ready to proceed with sentencing on this date, the Government requested that the defendant be taken into custody until sentencing.

        Defense moved that the sentencing be reset for **June 22, 2007 at 8:30 a.m.** Government had no objection. Court so ordered.

        Defense argued for the defendant's liberty until sentencing. Government had no further argument.

        Court, after hearing argument, ordered that the defendant's conditions of release be modified and that he remain at liberty with the following **added conditions**:


    1.      That the defendant shall participate in a program of impatient or outpatient substance

abuse therapy and counseling at the direction of the U.S. Probation Office;

2.      That the defendant shall submit himself  to drug testing twice a week as scheduled by the U.S. Probation Officer;

3.      That the defendant be subject to the following hours of curfew:  He shall be at his place of residence from 8:00 p.m. to 6:00 a.m. unless otherwise authorized by the U.S. Probation Officer.

Defendant was ordered to report to the Probation Office immediately after this hearing.

Adj.  9:20  a.m.

/s/ K. Lynn Lemieux
Courtroom Deputy