F I L E D
Clerk
District Court

MAY 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. 05-00023 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE-SETTING DATE |
| | ) | FOR SENTENCING |
| JUAN I. QUITUGUA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the sentencing hearing for the above referenced case shall be on **Friday, June 22, 2007 at 8:30 a.m.**

DATED this 23rd day of May, 2007.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)